

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-15-00450-CR

Cesario **Ramon**, Jr.,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2012-02190
Rob Hofmann, Judge Presiding

# O R D E R

On August 10, 2015, Ms. Nancy B. Barohn filed a motion for leave to withdraw as counsel for appellant and asking that this cause be abated to the trial court to determine whether appellant qualifies for *n forma pauperis* status on appeal.

Ms. Barohn's request to withdraw as appellant's appellate counsel is GRANTED. We REMAND the cause to the trial court for it to make appropriate findings and rule on these issues:

(1)    Does appellant desire to prosecute his appeal?

(2)    Is appellant indigent?  If appellant is indigent and desires to prosecute his appeal, the trial court should take steps necessary to ensure effective assistance of counsel, including the appointment of new counsel.

(3)    If appellant is not indigent, whether appellant has made the necessary arrangements for retaining an attorney to represent him on appeal and for filing a brief.

We further ORDER the trial court to file in this court, <u>no later than September 10, 2015</u>, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact and conclusions of law on the above issues.

All other appellate deadlines are suspended until further notice from this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

Keith E. Hottle
Clerk of Court